# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOHN GORGHIS, and wife<br>KELLI GORGHIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF KNOXVILLE, TENNESSEE,<br>OFFICER PRESTON TUCKER, individually<br>and in his official capacity, OFFICER JASON<br>KALMANEK, individually and in his official<br>capacity, and OFFICER MATTHEW<br>SPEISER, individually and in his official<br>capacity,<br><br>    Defendants. | Case No. 3:20-cv-00247-JRG-DCP |

## NOTICE OF WITHDRAWAL OF COUNSEL

Comes now attorney E. Jerome Melson, counsel for Defendants Preston Tucker, Jason Kalmanek, and Matthew Speiser, in their individual capacities, pursuant to E.D. Tenn. L.R. 83.4(f), and provides notice to the Court that he is withdrawing from the representation of Defendants Preston Tucker, Jason Kalmanek, and Matthew Speiser in this matter. Upon his withdrawal, Defendants Preston Tucker, Jason Kalmanek, and Matthew Speiser will continue to be represented by attorney John M. Kizer, who is counsel of record herein.

Respectfully submitted, this 2nd day of February, 2021.

                                              /s/ E. Jerome Melson
                                              E. Jerome Melson (TN BPR #013340)
                                              John M. Kizer (TN BPR #029846)
                                              GENTRY, TIPTON & McLEMORE, P.C.
                                              P.O. Box 1990
                                              Knoxville, Tennessee 37901-1990
                                              (865) 525-5300
                                              Attorneys for Defendants Preston Tucker,
                                              Jason Kalmanek, and Matthew Speiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2021, the foregoing "Notice of Withdrawal of Counsel" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

/s/ E. Jerome Melson
E. Jerome Melson (BPR #013340)